**\*\* E-filed August 31, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARASH SAMANI, derivatively on behalf of CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. FISTER; KEVIN BUSHBY; R.L. SMITH McKEITHEN; JAMES S. MILLER, JR.; WILLIAM PORTER; JAMES J. COWIE; KEVIN S. PALATNIK; JOHN B. SHOVEN, PhD; DONALD L. LUCAS; and ROGER S. SIBONI, <br><br> Defendants. | No. C10-03607 HRL <br><br> **ORDER REFERRING CASE TO JUDGE CONTI FOR RELATED CASE DETERMINATION** <br><br> **[Re: Docket No. 5]** |

The instant action is hereby referred to the judge presiding in *In re Cadence Design Systems, Inc. Securities Litigation, No. C08-04966 SC*, for a determination as to whether the actions referenced in Plaintiff's administrative motion (Docket No. 5) are related within the meaning of Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: August 31, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03607 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Eric L. Zagar | ezagar@btkmc.com, dalbert@btkmc.com, der_filings@btkmc.com, lmoya@btkmc.com, lwilliams@btkmc.com, rwinchester@btkmc.com, tkao@btkmc.com |
| Erik David Peterson | epeterson@btkmc.com |

**Notice will be provided by other means to:**

Eric L Zagar
Barroway Topaz Kessler Meltzer & Check LLP.
280 King of Prussia Road
Radnor, PA 19087

Michael J. Hynes
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

Tara P. Kao
Barroway Topaz Kessler Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**